UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ricardo Reyes, Jr., <br>     Plaintiff, <br> v. <br> Cynthia Hawkins, et al., <br>     Defendants. | Case No. 2:17-CV-01683-JAK-GJS <br><br> **JUDGMENT** <br><br> **JS-6** |

Based on a review of the Plaintiff's Ex Parte Application for Entry of Stipulated Judgment (the "Application" (Dkt. 19)) and the lack of opposition by Defendant Cynthia Hawkins, certain good cause has been shown for the entry of judgment. Therefore, the Application is **GRANTED IN PART** and judgment is entered in favor of Plaintiff and against Defendant Cynthia Hawkins in the amount of $7781.28. This amount is the sum of the remaining $6500 principal amount due under the settlement agreement, prejudgment interest of $281.28, and liquidated damages of $1000. Prejudgment interest has been calculated as follows:

(i) principal amount of $6500; (ii) for 810 days requested by Plaintiff; (iii) at a rate equal to that identified pursuant to 28 U.S.C. § 1961 as of July 23, 2019. Insufficient good cause has been shown for either a 10% rate for prejudgment interest, or for liquidated damages greater than $1000 as an offset to the fees and costs Plaintiff incurred in pursuing the relief granted through this judgment.

      IT IS SO ORDERED.

Dated: August 27, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE